COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE: | § | No. 08-19-00314-CR |
| JOE FEIJOO, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM  OPINION

Relator Joe Feijoo, a *pro se* inmate, has filed a mandamus petition against the 205th District Court, alleging that the trial court had no jurisdiction to convict him of any criminal charges because an assistant district attorney had declined to prosecute him on another charge in 1991. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding).  The burden is on relator to show it is entitled to mandamus relief.  *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding).  After reviewing the mandamus petition and record, we conclude that Relator has failed to show that he is entitled to mandamus relief.  Accordingly, we deny the petition for writ of mandamus.

January 24, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Pulish)